McGREGOR W. SCOTT
United States Attorney
DAWRENCE W. RICE, JR.
ELANA S. LANDAU
Assistant U.S. Attorneys
Suite 4401, Federal Courthouse
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000



FILED

AUG 1 4 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOSE CABRERA SABLAN, and )<br>JAMES NINETE LEON GUERRERO, )<br>)<br>)<br>Defendants. )<br>)<br>_____ ) | CR. NO: 0 8 CR 0 0 2 5 9<br><br>VIOLATIONS: 18 U.S.C. §<br>1111(a) - First Degree Murder;<br>18 U.S.C. § 1114 - First<br>Degree Murder of United States<br>Correctional Officer; 18<br>U.S.C. § 1118 - Murder by<br>Federal Prisoner Serving Life<br>Sentence. |

I N D I C T M E N T

COUNT ONE:    [18 U.S.C. § 1111(a) - First Degree Murder]

The Grand Jury charges:  T H A T

JOSE CABRERA SABLAN, and
JAMES NINETE LEON GUERRERO,

defendants herein, on or about, June 20, 2008, at Atwater United States Penitentiary, within the Special Maritime and Territorial Jurisdiction of the United States, State and Eastern District of California, did willfully, deliberately, maliciously and with premeditation and malice aforethought, unlawfully kill another

1

person and human being, Jose V. Rivera, in violation of Title 18, United States Code, Section 1111(a).

COUNT TWO:       [18 U.S.C. § 1114(a) - First Degree Murder of United States Correctional Officer]

The Grand Jury further charges:  T H A T

JOSE CABRERA SABLAN, and
JAMES NINETE LEON GUERRERO,

defendants herein, on or about, June 20, 2008, at Atwater United States Penitentiary, within the State and Eastern District of California, did willfully, deliberately, maliciously and with premeditation and malice aforethought, unlawfully kill another person and human being, United States Correctional Officer Jose V. Rivera, while he was engaged in the performance of his official duties, in violation of Title 18, United States Code, Section 1114.

COUNT THREE:     [18 U.S.C. § 1118 - Murder by Federal Prisoner Serving Life Sentence]

The Grand Jury further charges:  T H A T

JOSE CABRERA SABLAN, and
JAMES NINETE LEON GUERRERO,

defendants herein, on or about, June 20, 2008, were persons confined in a Federal correctional institution, to wit: Atwater United States Penitentiary, within the State and Eastern District of California, under sentences for a term of life imprisonment, and said defendants did with malice aforethought unlawfully kill another person and human being, Jose V. Rivera, in violation of Title 18, United States Code, Section 1118.

2

<u>NOTICE OF SPECIAL FINDINGS</u>

The Grand Jury further finds:  T H A T

A. The allegations of Counts One, Two, and Three of this Indictment are hereby realleged as if fully set forth herein and incorporated by reference.

B.   As to Counts One, Two, and Three of this Indictment, the defendant JOSE CABRERA SABLAN:

(1) was more than 18 years of age at the time of the offenses. (Title 18, United States Code, Section 3591(a));

(2) intentionally killed Jose V. Rivera. (Title 18, United States Code, Section 3591(a)(2)(A));

(3) intentionally inflicted serious bodily injury that resulted in the death of Jose V. Rivera.  (Title 18, United States Code, Section 3591(a)(2)(B));

(4) intentionally participated in one or more acts, contemplating that the life of a person would be taken or intending that lethal force would be used in connection with a person, other than a participant in the offense, and Jose V. Rivera died as a direct result of such act or acts. (Title 18, United States Code, Section 3591(a)(2)(C));

(5) intentionally and specifically engaged in one or more acts of violence, knowing that the act or acts created a grave risk of death to a person, other than one of the participants in the offense, such that participation in such act or acts constituted a reckless disregard for human life, and Jose V. Rivera died as a direct result of such act or acts.  (Title 18, United States Code, Section 3591(a)(2)(D);

///

(6) caused the death of United States Correctional Officer Jose V. Rivera during the commission of a violation of Title 18, United States Code, Section 1118 (prisoner serving life term). (Title 18, United States Code, Section 3592(c)(1);

(7) had previously been convicted of another Federal or State offense resulting in the death of a person, for which a sentence of life imprisonment or death was authorized by statute. (Title 18, United States Code, Section 3592(c)(3);

(8) committed the offense in an especially heinous, cruel, or depraved manner in that it involved serious physical abuse to Jose V. Rivera. (Title 18, United States Code, Section 3592(c)(6);

(9) committed the offense after substantial planning and premeditation to cause the death of Jose V. Rivera. (Title 18, United States Code, Section 3592(c)(9); and,

(10) committed the offense against a Federal public servant who was an employee of a United States penal or correctional institution, Jose V. Rivera, while he was engaged in the performance of his official duties. (Title 18, United States Code, Section 3592(c)(14)(D).

C.   As to Counts One, Two, and Three of this Indictment, the defendant JAMES NINETE LEON GUERRERO:

(1) was more than 18 years of age at the time of the offenses. (Title 18, United States Code, Section 3591(a));

(2) intentionally killed Jose V. Rivera. (Title 18, United States Code, Section 3591(a)(2)(A));

///

///

4

(3) intentionally inflicted serious bodily injury that resulted in the death of Jose V. Rivera. (Title 18, United States Code, Section 3591(a)(2)(B));

(4) intentionally participated in one or more acts, contemplating that the life of a person would be taken or intending that lethal force would be used in connection with a person, other than a participant in the offense, and Jose V. Rivera died as a direct result of such act or acts. (Title 18, United States Code, Section 3591(a)(2)(C));

(5) intentionally and specifically engaged in one or more acts of violence, knowing that the act or acts created a grave risk of death to a person, other than one of the participants in the offense, such that participation in such act or acts constituted a reckless disregard for human life, and Jose V. Rivera died as a direct result of such act or acts. (Title 18, United States Code, Section 3591(a)(2)(D);

(6) caused the death of United States Correctional Officer Jose V. Rivera during the commission of a violation of Title 18, United States Code, Section 1118 (prisoner serving life term). (Title 18, United States Code, Section 3592(c)(1);

(7) had previously been convicted of a Federal or State offense punishable by a term of imprisonment of more than one year, involving the use or attempted or threatened use of a firearm against another person. (Title 18, United States Code, Section 3592(c)(2);

(8) had previously been convicted of two or more Federal or State offenses, each punishable by a term of imprisonment of more than one year, committed on different occasions, involving

5

the infliction of, or attempted infliction of, serious bodily injury or death upon another person. (Title 18, United States Code, Section 3592(c)(4);

(9) committed the offense in an especially heinous, cruel, or depraved manner in that it involved serious physical abuse to Jose V. Rivera. (Title 18, United States Code, Section 3592(c)(6);

(10) committed the offense after substantial planning and premeditation to cause the death of Jose V. Rivera. (Title 18, United States Code, Section 3592(c)(9); and,

(11) committed the offense against a Federal public servant who was an employee of a United States penal or correctional institution, Jose V. Rivera, while he was engaged in the performance of his official duties. (Title 18, United States Code, Section 3592(c)(14)(D).

A TRUE BILL.

/s/ Signature on file w/AUSA
_____
FOREPERSON

McGREGOR W. SCOTT
United States Attorney

By    **Mark E. Cullers**
_____
MARK E. CULLERS,
Assistant U.S. Attorney
Chief, Fresno Office

6