*No.*

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

**FILED**

AUG 1 4 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

## THE UNITED STATES OF AMERICA

*vs.*

### JOSE CABRERA SABLAN, and
### JAMES NINETE LEON GUERRERO

1: 0 8 CR  0 0 2 5 9 OWW

## I N D I C T M E N T

**VIOLATION:   18 U.S.C. § 1111(a)  - First Degree Murder; 18 U.S.C. § 1114 - First Degree Murder of United States Correctional Officer; 18 U.S.C. § 1118 - Murder by Federal Prisoner Serving Life Sentence**

*A true bill,*

/s/
*Foreman.*

*Filed in open court this _ _ _ _ _ _ _ _ _ _ _ _ _ _ day*

*of _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ , A.D. 20 _ _ _ _ _*

*Clerk.*

*Bail, $*____**NO BAIL WARRANT**

GPO 863 525

AO 257 (Rev. 10/95)

PER 18 U.S.C 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

By ☐ COMPLAINT    ☐ INFORMATION    ☒ INDICTMENT

Name of District Court, and/or Judge Magistrate Location (city)

**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO, CALIFORNIA**

SEE INDICTMENT

___ Petty
___ Minor
___ Misde-
      meanor
_X_ Felony

DEFENDANT -- U.S. vs.

JOSE CABRERA SABLAN

Address { 1: 0 8 CR   0 0 2 5 9 OWW

Birth Date               x Male      ___ Alien
                         ___ Female  (if applicable)

(Optional unless a juvenille)

Place of Offense
Atwater U.S. Penitentiary

U.S.C. Citation
SEE INDICTMENT

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

FBI - Mardee Robinson

☐ this person is awaiting trial in another give name of court.

☐ this person/proceeding is transferred from per (circle one) FRCrP 20, 21, or 40. Show District

☐ this is a reprosecution previously dismissed which dismissed on motion of:
☐ U.S. Att'y   ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same

☐ prior proceeding or before U.S. Magistrate this defendant were recorded

MAGISTRATE CASE NO.

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding
   if not detained give date any prior summons was served on above charges _____

2) ☐ Is a Fugivtive

3) ☐ Is on Bail or Realease from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☒ On another conviction    ☒ Fed'   ☐ State

6) ☐ Awaiting trial on other charges
   If answer to (6) is "Yes", show name of institution

Has detainer been filed?    ___ Yes    If "Yes" give date
                            ___ No

DATE OF ARREST ►    Mo.    Day    Year

Or ... if arresting Agency & Warrant were not Federal

DATE TRANSFERRED TO U.S. CUSTODY ►    Mo.    Day    Year

Name and Office of Person Furnishing information on

THIS FORM    MARIA ROBLES

            X U.S. Att'y    ___ Other U.S. Agency

Name of Asst. U.S.    DAWRENCE W. RICE, JR.

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

Penalties:  See Penalty Slip
Issue No Bail Warrant

**PENALTY SLIP**

**DEFENDANT:**    JOSE CABRERA SABLAN

**COUNT ONE:**    18 U.S.C. § 1111(a)
**First Degree Murder**

**PENALTY:**    maximum penalty - death
$250,000 fine

**COUNT TWO:**    18 U.S.C. §§ 1114(a)
**First Degree Murder of United States Correctional Officer**

**PENALTY:**    maximum penalty - death
$250,000 fine

**COUNT THREE:**    18 U.S.C. § 1118
**Murder by Federal Prisoner Serving Life Sentence**

**PENALTY:**    maximum penalty - death
$250,000 fine

AO 257 (Rev. 10/95)

PER 18 U.S.C 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

By ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT

Name of District Court, and/or Judge Magistrate Location (city)

**EASTERN DISTRICT OF CALIFORNIA**
**FRESNO, CALIFORNIA**

SEE INDICTMENT

___ Petty
___ Minor
___ Misde-meanor
_X_ Felony

**DEFENDANT -- U.S. vs.**

JAMES NINETE LEON GUERRERO

Address { 1: 0 8 CR  0 0 2 5 9 OWW

Birth Date

_x_ Male  ___ Alien
___ Female  (if applicable)

(Optional unless a juvenille)

Place of Offense
Atwater U.S. Penitentiary

U.S.C. Citation
SEE INDICTMENT

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

FBI - Mardee Robinson

☐ this person is awaiting trial in another give name of court.

☐ this person/proceeding is transferred from per (circle one) FRCrP 20, 21, or 40. Show Disitrict

☐ this is a reprosecution previously dismissed which dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

SHOW
DOCKET NO.

☐ this prosecution relates to a pending case involving this same

☐ prior proceeding or before U.S. Magistrate this defendant were recorded

MAGISTRATE
CASE NO.

Name and Office of Person Furnishing information on

THIS FORM
MARIA ROBLES

_X_ U.S. Att'y  ___ Other U.S. Agency

Name of Asst. U.S.
DAWRENCE W. RICE, JR.

### DEFENDANT

**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding
if not detained give date any prior summons was served on above charges _____

2) ☐ Is a Fugivtive

3) ☐ Is on Bail or Realease from (show District)

**IS IN CUSTODY**

4) ☐ On this charge

5) ☒ On another conviction  ☒ Fed'  ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ___ Yes  ___ No

If "Yes" give date

DATE OF ARREST ►  Mo.  Day  Year

Or ... if arresting Agency & Warrant were not Federal

DATE TRANSFERRED TO U.S. CUSTODY ►  Mo.  Day  Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

Penalties:  See Penalty Slip
Issue No Bail Warrant

## PENALTY SLIP

**DEFENDANT:**      **JAMES NINETE LEON GUERRERO**


**COUNT ONE:**      **18 U.S.C. § 1111(a)**
                    **First Degree Murder**

**PENALTY:**        **maximum penalty - death**
                    **$250,000 fine**


**COUNT TWO:**      **18 U.S.C. §§ 1114(a)**
                    **First Degree Murder of United States Correctional Officer**

**PENALTY:**        **maximum penalty - death**
                    **$250,000 fine**


**COUNT THREE:**    **18 U.S.C. § 1118**
                    **Murder by Federal Prisoner Serving Life Sentence**

**PENALTY:**        **maximum penalty - death**
                    **$250,000 fine**