UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA



PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER

UNITED STATES OF AMERICA,

    Plaintiff(s),

v.

JOSE CABRERA SABLAN, ET AL.,

    Defendant(s).

Case No. CR-08-259-OWW-02



FILED
SEP 1 0 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

I, RICHARD G. NOVAK, attorney for JAMES NINETE LEON GUERRERO, hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 83-180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $180.00 to the Clerk, U.S. District Court.

In support of this petition, I state under penalty of perjury that:

    My business address is:

| | |
|---|---|
| Firm Name: | LAW OFFICES OF RICHARD G. NOVAK |
| Address: | 959 E. COLORADO BLVD. SUITE 210 |
| City: | PASADENA |
| State: | CA     ZIP Code: 91106 |
| Voice Phone: | ( 626 ) 396-9206 |
| FAX Phone: | ( 626 ) 396-9208 |
| Internet E-mail: | RICHARD@RGNLAW.COM |
| Additional E-mail: | MONA@RGNLAW.COM |
| I reside in City: | SIERRA MADRE     State: CA |

I was admitted to practice in the CENTRAL DISTRICT OF CALIFORNIA _____ (court) on JANUARY 30, 1997 _____ (date). I am presently in good standing and eligible to practice in said court. I am not currently suspended or disbarred in any other court.

I have ☐ / have not ☒ concurrently or within the year preceding this application made

a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

_____

_____

_____

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name: SALVATORE SCIANDRA

Firm Name: LAW OFFICES OF SALVATORE SCIANDRA

Address: 2300 TULARE STREET, SUITE 230

City: FRESNO

State: CA    ZIP Code: 93721

Voice Phone: ( 559 ) 233-1000

FAX Phone: ( 559 ) 233-6044

E-mail: juliesslaw@sbcglobal.net; salsciandra@sbcglobal.net

Dated: August 30, 2008      Petitioner: /s/ Richard G. Novak

**ORDER**

IT IS SO ORDERED.

Dated: 9-9-08

_____
JUDGE, U.S. DISTRICT COURT