Case 1:08-cr-00259-OWW    Document 82    Filed 06/04/2009    Page 1 of 3

**FILED**

JUN 04 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

LAWRENCE G. BROWN
Acting United States Attorney
DAWRENCE W. RICE, JR.
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California  93721
Telephone:  (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:08-cr-00259 OWW. |
| | ) | |
| Plaintiff, | ) | MOTION TO SEAL GOVERNMENT'S |
| | ) | SUBMISSION OF LAW AND |
| v. | ) | INFORMATION PERTINENT TO |
| | ) | REPRESENTATION ISSUE OF |
| JOSE CABRERA SABLAN, and | ) | DEFENDANT GUERRERO. |
| JAMES NINETE LEON GUERRERO, | ) | |
| | ) | |
| Defendants. | ) | |

The government requests that the Court order that the GOVERNMENT'S SUBMISSION OF LAW AND INFORMATION PERTINENT TO REPRESENTATION ISSUE OF DEFENDANT GUERRERO, be sealed and kept secret until further order of the Court to avoid premature disclosure to the public.

DATED: June 3, 2009                    Respectfully submitted,

                                       LAWRENCE G. BROWN
                                       Acting United States Attorney

                                       By _____
                                       DAWRENCE W. RICE, JR.
                                       Assistant U.S. Attorney

///

///

///

1

Case 1:08-cr-00259-OWW    Document 82    Filed 06/04/2009    Page 2 of 3

ORDERED as prayed this $3d$ day of June, 2009.

OLIVER W. WANGER
Senior U.S. District Judge

Case 1:08-cr-00259-OWW    Document 82    Filed 06/04/2009    Page 3 of 3

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:08-CR-259 OWW |
| Plaintiff, | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| JOSE CABRERA SABLAN and JAMES NINETE LEON GUERRERO, | ) | |
| Defendant. | ) | |

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers. That on June 3, 2009, she served a copy of the **MOTION TO SEAL GOVERNMENT'S SUBMISSION OF LAW AND INFORMATION PERTINENT TO REPRESENTATION ISSUE OF DEFENDANT GUERRERO (UNDER SEAL)** via first class mail by placing said copy in a postpaid envelope addressed to the persons hereinafter named, at the places and addresses stated below, which are the last known addresses, and by depositing said envelope and contents in the United States Mail at Fresno, California.

Addressee(s):

Donald Robert Knight, PHV
Knight and Moses, LLC
7852 South Elati St., #201
Littleton, CO 80120

Salvatore Sciandra
Law Offices of Salvatore Sciandra
2300 Tulare Street, #230
Fresno, CA 93721

Francine Zepeda
Office of the Federal Defender
2300 Tulare St., #330
Fresno, CA 9372

Richard G. Novak
Law Offices of Richard Novak
959 E. Colorado Blvd., #210
Pasadena, CA 91106

KATHERINE L. MAXWELL
Legal Assistant