IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER: 1:08-CR-00259-OWW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER FOR WAIVER OF APPEARANCE |
| v. | ) | BY DEFENDANT GUERRERO |
| | ) | |
| JOSE CABRERA SABLAN and JAMES NINETE LEON GUERRERO | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

At Mr. LEON GUERRERO's request, IT IS HEREBY ORDERED that his presence at the Tuesday, February 16, 2010 hearing on motion to compel discovery is excused.

DATED: January 27, 2010          /s/ OLIVER W. WANGER
                                 UNITED STATES SENIOR DISTRICT COURT JUDGE