1  SALVATORE SCIANDRA, Bar No. 58256
   Law Offices of Salvatore Sciandra
2  2300 Tulare Street, Suite 230
   Fresno, California 93721
3  Telephone: 559.233.1000
   Facsimile: 559.233.6044
4  E-Mail: salsciandra@sbcglobal.net

5  RICHARD G. NOVAK, Bar No. 149303
   Law Offices of Richard G. Novak
6  959 East Colorado Blvd., Suite 210
   Pasadena, California 91106
7  Telephone: 626.396.9206
   Facsimile: 626-396-9208
8  E-Mail: richard@rgnlaw.com

9  Attorneys for Defendant, JAMES NINETE LEON GUERRERO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE CABRERA SABLAN and JAMES NINETE LEON GUERRERO,<br><br>Defendants. | CASE NUMBER: 1:08-CR-00259-OWW<br><br>ORDER TO THE UNITED STATES MARSHALS SERVICE DELAYING THE RETURN OF JAMES NINETE LEON GUERRERO |

**IT IS HEREBY ORDERED THAT:**

The United States Marshals Service transportation of defendant JAMES NINETE LEON GUERRERO from the Fresno County Detention Facility to FCI Terminal Island until after the conclusion of hearings now scheduled in the above-captioned case for March 19, 2010 at 1:30 PM or soon thereafter as a matter may be heard.

DATED: March 16, 2010                    /s/ Oliver W. Wanger
                                         **UNITED STATES DISTRICT JUDGE**