IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER: 1:08-CR-00259-OWW |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER FOR WAIVER OF |
| v. | ) | APPEARANCE BY DEFENDANT |
| | ) | GUERRERO PURSUANT TO FRCP |
| JOSE CABRERA SABLAN and JAMES NINETE LEON GUERRERO | ) | RULE 43 |
| | ) | |
| Defendants. | ) | |

**ORDER**

At Mr. LEON GUERRERO's request, IT IS HEREBY ORDERED that his presence at the Friday, March 19, 2010 *in-camera* Proposed 2-2 Budget Hearing is excused.

IT IS SO ORDERED.

**Dated:    March 19, 2010**              /s/ Oliver W. Wanger
                                           UNITED STATES DISTRICT JUDGE