[prepared by]
RICHARD G. NOVAK (SBN 149303)
IRIS ROE LEE (SBN 259370)
Law Offices of Richard G. Novak
16633 Ventura Blvd. Suite 1200
Encino, CA 91436
818-783-4648 (voice)
818-905-1864 (facsimile)
E-Mail: richard@rgnlaw.com; iris@rgnlaw.com

Attorneys for Defendant
JAMES NINETE LEON GUERRERO

FILED
JUN 22 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JOSE CABRERA SABLAN, and <br> JAMES NINETE LEON GUERRERO, <br><br> Defendants. | Case No. 1:08-CR-00259-OWW <br><br> [PROPOSED] ORDER AUTHORIZING UNDER SEAL FILING <br><br> (Pursuant to Local Rule 141) |

For the reasons stated in the declaration of Richard G. Novak filed in support of the Request to Seal Documents and for good cause shown, <u>Defendant James Ninete Leon Guerrero's Reply to Government's Response to Defendants' Discovery Motions</u> ("the Reply Brief") and <u>Declaration of Iris Roe Lee in Support of Defendant James Ninete Leon Guerrero's Reply to Government's Response to Defendants' Discovery Motions</u> ("the Roe Lee Declaration") may be filed under seal.

Access to these documents shall be limited as follows:

The Reply Brief shall be filed under seal and shall be available only to: 1) the Court and its staff, 2) counsel for the United States and its agents, and 3) counsel for the defendants in this action.

1 | The Roe Lee Declaration shall be available filed under seal and shall be
2 | available only to: 1) the Court and its staff and 2) counsel for defendant James Ninete
3 | Leon Guerrero.
4 | The documents shall remain sealed unless and until this Court orders that they
5 | be unsealed.
6 | The Request is hereby granted.

Dated: June 22, 2010

*/s/ Oliver W. Wanger*
OLIVER W. WANGER
UNITED STATES DISTRICT JUDGE

2