UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 1:08-cr-0259 OWW |
|---|---|---|
| Plaintiff, | ) | ORDER RE: DEFENDANT'S MOTION RE: CONDITIONS OF CONFINEMENT |
| v. | ) | |
| JAMES NINETE LEON GUERRERO, | ) | |
| Defendant. | ) | |

The Court has reviewed and considered all submissions in support and opposition to the Defendant, Guerrero's, motion concerning his conditions of confinement.

The parties shall appear October 14, 2010 at 10:00 a.m. in Courtroom 3, to present any oral argument they wish to submit and to respond to questions from the Court.

IT IS SO ORDERED.

Dated:   September 17, 2010           /s/ Oliver W. Wanger
                                   UNITED STATES DISTRICT JUDGE

1