1  SALVATORE SCIANDRA, Bar No. 58256
   Law Offices of Salvatore Sciandra
2  2300 Tulare Street, Suite 230
   Fresno, California  93721
3  Telephone:  559.233.1000
   Facsimile:  559.233.6044
4  E-Mail:  salsciandra@sbcglobal.net

5  RICHARD G. NOVAK, Bar No. 149303
   Law Offices of Richard G. Novak
6  16633 Ventura Blvd., Suite 1200
   Encino, CA 91436-1839
7  Telephone:  818.783.4648
   Facsimile:  818.905.1864
8  E-Mail:  richard@rgnlaw.com

9  Attorneys for Defendant, JAMES NINETE LEON GUERRERO

IN THE UNITED STATES DISTRICT COURT,

FOR THE EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| UNITED STATES OF AMERICA | ) | CASE NUMBER: 1:08-CR-00259-OWW(GSA) |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND ORDER TO CALENDAR MATTER FOR *IN-CAMERA* HEARING ON MR. LEON GUERRERO'S MOTION MADE PURSUANT TO 18 U.S.C. 4241 |
| v. | ) ) ) | |
| JOSEPH CABRERA SABLAN and JAMES NINETE LEON GUERRERO | ) ) ) | |
| Defendants. | ) ) | |

It is hereby stipulated by and between defendant JAMES LEON GUERRERO and the Government of the United States by and through their respective attorneys of record, hereby stipulate that Mr. LEON GUERRERO's motion pursuant to 18 U.S.C. 4241 be heard *in-camera* on May 2, 2011 at the hour of 3:00 p.m.  It is further stipulated by and between JAMES LEON GUERRERO and the government of the United States, by and through their respective attorneys of record, that Mr. LEON GUERRERO will file his moving papers and supporting documentation on or before April 25, 2011.

Respectfully submitted,

///

|   |   |   |
|---|---|---|
| | | SALVATORE SCIANDRA |
| | | RICHARD G. NOVAK |
| | | Attorneys for Defendant, |
| | | JAMES NINETE LEON GUERRERO |

DATED: April 15, 2011   /s/ Salvatore Sciandra
SALVATORE SCIANDRA

DATED: April 15, 2011   /s/ Richard G. Novak
RICHARD G. NOVAK

DAWRENCE W. RICE, JR.
ELANA S. LANDAU
Attorneys for the Government

DATED: April 15, 2011   /s/ Dawrence W. Rice, Jr.
DAWRENCE W. RICE, JR.

DATED: April 14, 2011   /s/ Elana S. Landau
ELANA S. LANDAU

**ORDER**

IT IS SO ORDERED.

**Dated:   April 15, 2011**          **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE