SALVATORE SCIANDRA, Bar No. 58256
Law Offices of Salvatore Sciandra
2300 Tulare Street, Suite 230
Fresno, California 93721
Telephone: 559.233.1000
Facsimile: 559.233.6044
E-Mail: salsciandra@sbcglobal.net

RICHARD G. NOVAK, Bar No. 149303
Law Offices of Richard G. Novak
16633 Ventura Blvd., Suite 1200
Encino, CA 91436-1839
Ph: 818.783.4648
Fax: 818.905.1864
Email: richard@rgnlaw.com

Attorneys for Defendant, JAMES NINETE LEON GUERRERO

IN THE UNITED STATES DISTRICT COURT,

FOR THE EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NUMBER: 1:08-CR-00259-OWW |
| Plaintiff, | ) ) | |
| v. | ) ) | WAIVER OF APPEARANCE and ORDER |
| JOSEPH CABRERA SABLAN and JAMES NINETE LEON GUERRERO | ) ) ) | Hearing Date: Monday, May 9, 2011<br>Time: 8:30 a.m.<br>Courtroom: Honorable Oliver W. Wanger |
| Defendants. | ) ) ) | |

        I, JAMES NINETE LEON GUERRERO, having been fully advised of my right to be present

at the continued hearing on my Motion to Determine Competency pursuant to 18 U.S.C. section 4241

in the above-captioned matter set for Monday, May 9, 2011 at the hour of 8:30 a.m. in the courtroom

of the Honorable Oliver W. Wanger and I hereby waive my right to be present.


DATED: May 3, 2011                    /s/ JAMES NINETE LEON GUERRERO
                                      JAMES NINETE LEON GUERRERO

/ / /

/ / /

# ORDER

**GOOD CAUSE APPEARING** defendant JAMES NINETE LEON GUERRERO's waiver of his appearance at the hearing on his Motion to Determine Competency pursuant to 18 U.S.C. section 4241 is accepted and the United States Marshals for the Eastern District of California, Fresno Division are hereby ordered to transport Mr. LEON GUERRERO from the Fresno County Detention Facility to FCI Terminal Island as soon as practicable.

DATED:  May 3, 2011                    /s/ OLIVER W. WANGER
                                       United States District Judge