UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH CABRERA SABLAN, et al.,<br><br>Defendants. | 1:08-cr-00259-PMP<br><br>**ORDER** |

IT IS ORDERED that Plaintiff United States of America's Motion for Leave to File Surreply to Defendants' Reply Motions 613, 314 (Doc. #627) is hereby GRANTED.

DATED: July 6, 2013

_____
PHILIP M. PRO
United States District Judge