UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \*

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH CABRERA SABLAN, et al.,<br><br>Defendants. | 1:08-cr-00259-PMP<br><br>**ORDER AUTHORIZING UNDER SEAL FILING** |

Defendant James Ninete Leon Guerrero requests leave to file under seal the document entitled Declaration of Salvatore Sciandra. (Def. James Ninete Leon Guerrero's Notice of Request & Request to File Documents Under Seal (Doc. #630).) Defendant Leon Guerrero has complied with Local Rule 141 by publicly filing and serving on opposing counsel his request to seal which describes the documents and the reasons for filing under seal.

Defendant Leon Guerrero asserts that the Declaration of Salvatore Sciandra contains information protected by the attorney-client privilege and work-product doctrine. After reviewing the Declaration, the Court finds that only paragraphs 3-5 and 11-12 of the Declaration contains information protected by the attorney-client and work-product protections. The remaining paragraphs of the Declaration do not contain information protected by the attorney-client or work-product protections.

Therefore, as to paragraphs 3-5 and 11-12 of the Declaration of Salvatore Sciandra, the Court finds that under the circumstances of this capital prosecution the public and private interests in favor of sealing outweigh the public interest in open judicial records. However, the Court finds no good cause to file the remaining paragraphs of the Declaration of Salvatore Sciandra under seal.

IT IS ORDERED that Defendant James Ninete Leon Guerrero's Request to Seal (Doc. #630) is hereby GRANTED in part and DENIED in part. The Request to Seal is GRANTED to the extent that paragraphs 3-5 and 11-12 of the Declaration of Salvatore Sciandra may be filed under seal. The Request to Seal is DENIED as to the rest of the Declaration of Salvatore Sciandra.

IT IS FURTHER ORDERED that Defendant James Ninete Leon Guerrero shall publicly file a redacted version of the Declaration of Salvatore Sciandra, consistent with this Order, and file an unredacted version of the Declaration of Salvatore Sciandra under seal. The unredacted version of the Declaration of Salvatore Sciandra shall remain under seal until further order of this Court, and be made available only to: (1) the Court and its staff and (2) counsel for Defendant James Ninete Leon Guerrero.

DATED: July 6, 2013

_____
PHILIP M. PRO
United States District Judge