UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JAMES NINETE LEON GUERRERO,<br><br>　　　　Defendant. | 1:08-cr-00259-PMP<br><br>**ORDER** re Hearing on Defendant Guerrero's Notice of Filing of Petition for Writ of *Coram Nobis* in District of Guam (Doc. #712) and Defendant Guerrero's Motion to Vacate Trail Date (Doc. #713) |

Before the Court for consideration is Defendant Leon Guerrero's Notice of Filing of Petition for Writ of *Coram Nobis* in District of Guam (Doc. #712), accompanied by Defendant Guerrero's Motion to Vacate Trail Date Until Final Resolution of the Petition of *Coram Nobis* Pending in the District of Guam (Doc. #713).

**IT IS ORDERED** that Plaintiff United States shall forthwith file a Response to Defendant Guerrero's Motion to Vacate Trial Date (Doc. #713).

**IT IS FURTHER ORDERED** that a hearing shall be conducted on Defendant Guerrero's Motion to Vacate Trial Date Until Final Resolution of the Petition of *Coram Nobis* Pending in the District of Guam (Doc. #713) at the status conference scheduled for October 24, 2013 at 9:30 a.m.

DATED: September 30, 2013.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　PHILIP M. PRO
　　　　　　　　　　　　　　　　　　United States District Judge