UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 1:08-cr-00259-PMP |
| v. | ) | |
| JOSEPH CABRERA SABLAN, and JAMES NINETE LEON GUERRERO, | ) | **ORDER RE DEFENDANT GUERRERO'S MOTION (Doc. #713)** |
| Defendants. | ) | |

Having read and considered Defendant Leon Guerrero's Motion to Vacate Trial Date Until Final Resolution of Petition for Writ of *Coram Nobis* Pending in the District of Guam (Doc. #713), and having further considered the arguments of counsel presented at the hearing conducted October 24, 2013, and good cause appearing,

**IT IS ORDERED** that Defendant Leon Guerrero's Motion to Vacate Trial Date Until Final Resolution of Petition for Writ of *Coram Nobis* Pending in the District of Guam (Doc. #713) is **DENIED**.

DATED: December 9, 2013.

_____
PHILIP M. PRO
United States District Judge