UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH CABRERA SABLAN and<br>JAMES NINETE LEON GUERRERO,<br><br>Defendants. | No. 1:08-CR-00259-PMP<br><br>**DEATH PENALTY CASE**<br><br>**ORDER** ON DEFENDANT LEON GUERRERO'S UNOPPOSED APPLICATION TO EXTEND TIME TO SUBMIT TO THE COURT A JOINT JURY QUESTIONNAIRE, PRELIMINARY INSTRUCTIONS AND STATEMENT OF THE CASE (Doc. #781) |

Defendant JAMES NINETE LEON GUERRERO, (Mr. LEON GUERRERO) by and through his counsel of record, hereby applies to this Honorable Court to extend the time to submit a Joint Jury Questionnaire, Preliminary Instructions and Statement of the Case to January 17, 2014.

This application is based on the Declaration of Salvatore Sciandra (Sciandra Decl.).

This application is joined in by defendant JOSEPH SABLAN and not opposed by the government (Sciandra Decl. ¶ 9).

Respectfully submitted,
SALVATORE SCIANDRA
RICHARD G. NOVAK
Attorneys for JAMES NINETE LEON GUERRERO

DATED: January 8, 2014      /s/ Salvatore Sciandra
                            SALVATORE SCIANDRA

/ / /

/ / /

| | |
|---|---|
| 1 | DECLARATION OF SALVATORE SCIANDRA |

I, SALVATORE SCIANDRA, declare as follows:

1. I, along with Richard Novak, am the attorney of record in the above-captioned matter;

2. On October 24, 2013 the Court Ordered the parties to this action to meet and confer within 30 days and submit to the court no later than December 12, 2013 a joint statement of the case to be utilized for jury selection and a joint set of preliminary jury instructions which reflect those agreed upon and separately those preliminary instructions as to which the parties are in disagreement and for counsel to also submit a proposed joint jury questionnaire.

3. It was determined by all counsel for Mr. LEON GUERRERO that I would take the lead in drafting the proposed documents as listed in the paragraph next above for Mr. LEON GUERRERO and represent Mr. LEON GUERRERO's interest in the meet and confer sessions with the other parties to this action.

4. On November 12, 2013 AUSA Bonnie Hannan submitted to defendant's LEON GUERRERO and SABLAN, the government's proposed jury questionnaire, statement of the case, and preliminary jury instructions.

5. On November 21, 2013 counsel for co-defendant JOSEPH SABLAN submitted his proposed jury questionnaire, statement of the case, and preliminary jury instruction to the government and Mr. LEON GUERRERO.

6. On December 9, 2013, the Court granted an extension of time within which to file the above-referenced document until January 10, 2014 (Doc. 758). Counsel for Mr. LEON GUERRERO and counsel for the government have met and conferred on at least five separate occasions. Each separate meet and confer session between Mr. LEON GUERRERO and the government has been productive and has moved the parties closer to agreement.

7. Because of the holidays, attending to other pressing and time-consuming issues in Mr. LEON GUERRERO's matter, and preparing for a complex bank fraud trial commencing on January 7, 2014 in the Eastern District of Fresno, undersigned counsel is requesting the Court extend the time to submit a Joint Jury Questionnaire, Preliminary Instructions and Statement of

the case to January 17, 2014.

8. I believe that if the current date of January 10, 2014, for the submission of the above referenced filings is extended to January 17, 2014, that all counsel will have met and conferred and will submit to the Court the above-referenced documents.

9. I have conferred with counsel for the government and the government has informed me that it does not oppose this application.

I declare under penalty of perjury, under the laws of the United States the foregoing to be true and correct.

DATED: January 8, 2014        /s/ Salvatore Sciandra
                                                     SALVATORE SCIANDRA

**ORDER**

**IT IS SO ORDERED.**

DATED: January 8, 2014

HONORABLE PHILIP M. PRO
UNITED STATES DISTRICT COURT JUDGE