UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA—FRESNO DIVISION

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JAMES NINETE LEON GUERRERO,<br><br>    Defendant. | 1:08-CR-00259-PMP<br><br>**SCHEDULING ORDER** |

On January 10, 2014, counsel for Plaintiff and Defendant filed a Stipulation Re Modification of Dates and Deadlines for Certain Pre-Trial Proceedings, Disclosures and Motions (Doc. #783). The Court conducted a hearing on the Parties' Stipulation on January 15, 2014, at which the Court accepted and rejected some of the deadlines proposed by counsel as follows:

    **1.**    **Trial Date:**

    The Court confirmed its prior Order (Doc. #558) entered March 1, 2013, scheduling commencement of trial for July 7, 2014.

    **2.**    **The Atkins Hearing:**

    The Court confirmed that the Atkins Hearing will proceed as previously scheduled on March 11 - 14, 2014. The Court further directed counsel for Plaintiff and Defendant to consult with their expert witnesses, the family of decedent Rivera, and

1

the United States Marshal's Service, and to advise this Court within seven (7) days as to whether the Parties propose the Atkins Hearing be conducted at the United States Courthouse for the Eastern District of California at Fresno, or at the United States Courthouse in Las Vegas, Nevada.

The Court further directed that counsel for Plaintiff United States consult with Dr. Denney to ensure that his expert report is filed March 3, 2014, rather than March 10, 2014. In the event Government counsel determines that Dr. Denney cannot meet that deadline, the Government shall, within seven (7) days of the date of this Order, file a specific declaration outlining why Dr. Denney's report cannot be filed by March 3, 2014.

The Court further directed that counsel for the Parties confer, and within seven (7) days of the date of this Order file a list of witnesses each Party intends to call at the Atkins Hearing, and whether said witness will be testifying in person or via video.

3. **Applications for Subpoenas and Writs of Habeas Corpus Ad Testificandum:** The Court directed that the Parties shall file, under seal and *in camera*, all applications for writs of habeas corpus ad testificandum and subpoenas for in-custody trial witnesses no later than April 8, 2014.

4. **The Court confirmed that the Status Conference and Hearing on all remaining pending pre-trial motions shall be conducted on Friday, May 30, 2014, in Fresno, California, commencing at 10:00 a.m.**

///
///
///
///

5. **Disclosure of Trial Witnesses, Trial Exhibits and Rule 16 Expert Disclosures, and Motions In Limine:**

The Court further directed that the Government's disclosure of its trial witness list, exhibit list, and Plaintiff's and Defendant's respective Rule 16 Expert Disclosures shall be made to the opposing Party within twenty (20) days of the issuance of this Court's Order on Defendant's <u>Atkins</u> Motion.

The Court further ordered that the Parties shall have twenty-one (21) days after the disclosure of witnesses, and Rule 16 expert disclosures, within which to file all motions in limine. The Parties shall thereafter have fourteen (14) days within which to file a Response to any motions in limine, and seven (7) additional days within which to file any Reply Memoranda. All motions in limine will be heard at the Status Conference and Hearing on Pretrial Motions to be conducted on May 30, 2014 at 10:00 a.m.

6. **Rule 12.2 Disclosures:**

Finally, the Court directed that Defendant shall file any Rule 12.2 Disclosures relating to both the guilt and penalty phases of this case not later than April 7, 2014.

**IT IS SO ORDERED.**

Dated: January 15, 2014

_____
HONORABLE PHILIP M. PRO
U.S. DISTRICT COURT JUDGE