UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA—FRESNO DIVISION

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH CABRERA SABLAN and JAMES NINETE LEON GUERRERO,<br><br>Defendants. | 1:08-CR-00259-PMP<br><br>**ORDER** |

The Court has reviewed the Government's Notice to the Court (Doc. #803) advising of the failure to video record Dr. Denney's clinical interview of Defendant James Ninete Leon Guerrero, and that the Government is alternatively attempting to obtain a Bureau of Prisons security video of the interview on an expedited basis.

Additionally, the Government has provided notice to the Court of its pending reconsideration of seeking the death penalty as to Defendant Leon Guerrero in return for his agreement to plead guilty and accept a sentence of life imprisonment.

The Court hereby advises counsel that in the event the parties consummate a plea agreement as outlined above, prior to the commencement of the Atkins hearing on March 11, 2014, the Court will be prepared to receive Mr. Leon Guerrero's plea on that date.

DATED: February 19, 2014

_____
HONORABLE PHILIP M. PRO
U.S. DISTRICT COURT JUDGE