UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES NINETE LEON GUERRERO,<br><br>Defendant. | **DEATH PENALTY CASE**<br>Case No. 1:08-CR-00259-PMP<br><br>**ORDER RELIEVING ATTORNEY DAVINA T. CHEN AND APPOINTING THE OFFICE OF THE FEDERAL PUBLIC DEFENDER FOR THE CENTRAL DISTRICT OF CALIFORNIA AS COUNSEL FOR DEFENDANT JAMES LEON GUERRERO** |

For good cause shown, the Court hereby RELIEVES attorney Davina T. Chen as co-counsel for defendant Leon Guerrero in this matter and APPOINTS the Office of the Federal Public Defender for the Central District of California as co-counsel for defendant Leon Guerrero in this matter.

IT IS SO ORDERED.

Dated: February 20, 2014

_____
PHILIP M. PRO
UNITED STATES DISTRICT JUDGE