UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA—FRESNO DIVISION

\* \* \*

|  |  |
|---|---|
| UNITED STATES OF AMERICA, )<br>Plaintiff, )<br>v. )<br>JOSEPH CABRERA SABLAN and JAMES<br>NINETE LEON GUERRERO, )<br>Defendants. ) | 1:08-CR-00259-PMP<br><br>**ORDER** |

On February 19, 2014, counsel for the Government filed a Notice (Doc. #803), which in part advised the Court that Defendant James Ninete Leon Guerrero and the Government were engaged in further plea negotiations. On February 20, 2014, the Court advised the parties (Doc. #805) that in the event the parties were successful in resolving the case by plea agreement, the Court would be available to receive Defendant Leon Guerrero's plea on March 11, 2014, the date scheduled for the commencement of the three to four day Atkins hearing.

Although the Court cannot participate in the plea negotiations between the parties, it must be mindful of the fact that if the Atkins hearing proceeds next week, significant expense will be incurred to secure the attendance of at least 6 or 7 expert witness, and others, in Fresno, California. Hence, if the parties will obviate the need for the Atkins hearing through a plea agreement before March 11, timely notice of an agreement will avoid the expense of securing the presence of so many expert witnesses.

IT IS THEREFORE ORDERED that the parties shall, not later than Friday, March 7, advise the Court whether they intend to present a plea agreement for the Court's consideration, and, if so,

1  whether there is any reason not to relieve the multiple expert witnesses from traveling to Fresno,

2  California for an Atkins hearing that will become unnecessary.

3

4  Dated: March 5, 2014

5  _____
   HONORABLE PHILIP M. PRO
   U.S. DISTRICT COURT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28