1  BENJAMIN B. WAGNER
United States Attorney
2  DAWRENCE W. RICE
Assistant United States Attorney
3  BONNIE HANNAN
Trial Attorney
4  U.S. Department of Justice
2500 Tulare Street, Suite 4401
5  Fresno, CA 93721
Telephone:  (559) 497-4000
6  Facsimile:   (559) 497-4099

7

8  Attorneys for Plaintiff
United States of America
9

10

11              IN THE UNITED STATES DISTRICT COURT

12                 EASTERN DISTRICT OF CALIFORNIA

13

14

15  UNITED STATES OF AMERICA,              CASE NO.  1:08-CR-00259 PMP

16                  Plaintiff,              NOTICE OF EXPECTED CHANGE OF PLEA OF
                                            DEFENDANT LEON GUERRERO ON MARCH 11,
17             v.                           2014.

18  JOSE CABRERA SABLAN, and
    JAMES NINETE LEON GUERRERO,
19
                    Defendants.
20

21

22      Pursuant to the Court's Order (Doc. 811), the parties hereby advise the Court that on March 7,

23  2014, Attorney General Eric H. Holder authorized the United States Attorney for the Eastern District of

24  California "to enter into a guilty plea agreement with James Ninete Leon Guerrero pursuant to which the

25  death penalty notice will be withdrawn."  The parties hereby advise the Court to expect that defendant

26  James Ninete Leon Guerrero will be entering a change of plea before the Court on Tuesday, March 11,

27  2014.   The parties will file a written plea agreement prior to the change of plea hearing.

28

   Notice of Expected Plea Leon Guerrero        1

1  The parties also further advise the Court that the expert witnesses expected to testify at the
2  Atkins hearing scheduled for next week have been notified that their attendance will not be needed.

3  Dated: March 7, 2014                    BENJAMIN B. WAGNER
                                           United States Attorney
4
5                                    BY:   /s/ Bonnie Hannan
                                           BONNIE HANNAN
6                                          Trial Attorney
                                           U.S. Department of Justice
7
                                           /s/ Dawrence W. Rice, Jr.
8                                          DAWRENCE W. RICE, JR.
                                           Assistant United States Attorney
9
10

11 Dated: March 7, 2014                     /s/ Salvatore Sciandra
                                            SALVATORE SCIANDRA
12                                          ATTORNEY FOR DEFENDANT
13

14 Dated: March 7, 2014                     /s/ Richard G. Novak
                                            RICHARD G. NOVAK
15                                          ATTORNEY FOR DEFENDANT