UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 1:08-CR-00259-PMP |
| v. | ) | **ORDER** |
| JAMES NINETE LEON GUERRERO, | ) | |
| Defendant. | ) | |

On March 11, 2014, the Court received Defendant James Ninete Leon Guerrero's plea of guilty to count three of the Indictment. (Mins. (Doc. #814).) The Court thereafter vacated Defendant Leon Guerrero's pretrial hearings and trial and set a sentencing date of May 30, 2014. The Court also denied all of Defendant Leon Guerrero's pending motions as moot.

**IT IS THEREFORE ORDERED** that counsel for Defendant James Ninete Leon Guerrero shall submit any remaining Criminal Justice Act ("CJA") vouchers by March 24, 2014, and, if they cannot, advise the Court of the outstanding vouchers and the reason for delay in submitting them.

Dated: March 13, 2014

_____
HONORABLE PHILIP M. PRO
U.S. DISTRICT COURT JUDGE