UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA-FRESNO DIVISION

\*\*\*

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:08-CR-00259 PMP |
| Plaintiff, | |
| v. | **ORDER** |
| JOSE CABRERA SABLAN, and JAMES NINETE LEON GUERRERO, | |
| Defendants. | |

The request of the United States of America to Withdraw the Amended Notice of Intent to Seek the Death Penalty (Doc. 589) as to only Defendant James Ninete Leon Guerrero is **GRANTED**.

Dated: May  21 , 2014

_____
HONORABLE PHILIP M. PRO
U.S. DISTRICT COURT JUDGE