UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA—FRESNO DIVISION

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAMES NINETE LEON GUERRERO,<br><br>Defendant. | 1:08-CR-00259-PMP<br><br>**ORDER RE: APPLICATION PERMITTING VISITATION BETWEEN LEON GUERRERO AND KIMBERLY CRUZ** |

Before the Court for consideration is Defendant Leon Guerrero's Application permitting visitation between Leon Guerrero and his daughter, Kimberly Cruz. Specifically, the Application seeks an order of this Court permitting Leon Guerrero to meet with Cruz for a thirty (30) minute visit between 12:00 p.m. and 12:30 p.m. in the courtroom, just prior to the sentencing hearing scheduled for 1:00 p.m. on Friday, May 30, 2014. The Court has consulted with the Office of the United States Marshal and has determined that United States Marshal's Service policy does not permit such visits between Defendants in custody and family members or other third persons who are not engaged in the representation of a Defendant. The Marshal's Service has confirmed, however, that if ordered by the Court, a visit between Cruz and Leon Guerrero can be accommodated between 12:00 p.m. and 12:30 p.m. on May 30, 2014, in the Attorney Visitation Room located within the secure area of the courthouse.

**IT IS THEREFORE ORDERED** that Kimberly Cruz may have a non-contact visit with her father, James Ninete Leon Guerrero, at the secure Attorney/Client Conference Room located within the United States Courthouse under such conditions as mandated by the United States

Marshal's Service. The Court will permit, but will not require, one (1) attorney to be present during the visit, but will not authorize the attendance of any other persons. Counsel for James Ninete Leon Guerrero shall forthwith contact Supervisory Deputy United States Marshal Gill A. Rodriguez to address the details of the visit by Kimberly Cruz.

Dated: May 22, 2014

_____
HONORABLE PHILIP M. PRO
U.S. DISTRICT COURT JUDGE