UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA—FRESNO DIVISION

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH CABRERA SABLAN and JAMES NINETE LEON GUERRERO,<br><br>Defendants. | 1:08-CR-00259-PMP<br><br>**ORDER** |

Sentencing for Defendant James Ninete Leon Guerrero is currently set for Friday, May 30, 2014, at 1:00 p.m. Several motions/applications have been submitted on behalf of Defendant Leon Guerrero, accompanied by requests to seal. The court will address each of the requests to seal, and the underlying motions/applications, at the time of sentencing.

Dated: May 27, 2014

                                                           HONORABLE PHILIP M. PRO
                                                           U.S. DISTRICT COURT JUDGE