UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA—FRESNO DIVISION

\* \* \*

UNITED STATES OF AMERICA,

Plaintiff,

v.

JOSEPH CABRERA SABLAN and JAMES NINETE LEON GUERRERO,

Defendants.

1:08-CR-00259-PMP

**ORDER re Defendant Leon Guerrero's Application for Continuing Representation in Ancillary Matters**

For the reasons stated in the Defendant's under seal Application for Continuing Representation in Ancillary Matters, pursuant to 18 U.S.C. § 3006A(c), and for good cause shown, the Court hereby authorizes attorney Richard G. Novak to provide continuing representation with respect to the ancillary matters set forth in counsel's under seal declaration dated May 23, 2014, and presented to the Court at the hearing dated May 30, 2014.

Beginning on June 1, 2014, counsel shall be compensated at the maximum rate allowable for the representation of witnesses under the Criminal Justice Act. Counsel shall seek prior authorization from the Court for any travel expenses that may be incurred in connection with the continuing representation authorized in this order.

Dated: June 5, 2014

HONORABLE PHILIP M. PRO
U.S. DISTRICT COURT JUDGE